John R. WALLACE

v.

Otis R. BOWEN, Secretary of Health and Human Services.

Appeal of John R. WALLACE, Appellant.

No. 87-3840.

United States Court of Appeals, Third Circuit.

Dec. 14, 1988.

Before SEITZ, SLOVITER and HUTCHINSON, Circuit Judges.

ORDER

ORDERED that panel rehearing in the above captioned matter is granted, and it is

FURTHER ORDERED that the Clerk of this court vacate the panel's opinion and the judgment entered thereon, and it is

FURTHER ORDERED that this case shall be listed for disposition at a date convenient to the court.